**Order entered July 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01137-CV

**BISHOP ABBEY HOMES, LTD. AND NATHAN HALSEY, Appellants**

**V.**

**BYRON AND PAIGE HALE, Appellees**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-11-1207**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Based on our opinion of this date, we **AFFIRM** the trial court's March 31, 2015 order setting the amount of the supersedeas bond. We **LIFT THE STAY** granted by order of April 16, 2015.


/s/      CAROLYN WRIGHT
CHIEF JUSTICE